# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MICHAEL D. REDDOCK and ELIZABETH NONO, Individually and as next friend of CAMERON NONO and LUCAS NONO, Minors | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 2:08-CV-94-TJW |
| COASTAL CHEMICAL CO., L.L.C. | § | |

## MEMORANDUM ORDER

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to General Order 07-03. The report of the Magistrate Judge, which contains his proposed findings of fact and recommendations regarding the fairness of the proposed settlement, have been presented for consideration. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that in light of the evidence presented at the hearing on June 30, 2009, the court finds that the amount of settlement and its apportionment is fair, just, and reasonable, and in the best interest of the minor children, Cameron and Lucas Nono. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court.

SIGNED this 22ndday of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE